**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/amgatv/videos/1443537843052488

