1  Craig Sanders, Esq. (Cal Bar 284397)
   Jacqueline Mandel, Esq. (Cal Bar 317119)
2  SANDERS LAW GROUP
   333 Earle Ovington Blvd, Suite 402
3  Uniondale, NY 11553
   Tel: (516) 203-7600
4  Email: csanders@sanderslaw.group
   Email: jmandel@sanderslaw.group
5  File No.: 128569

6  *Attorneys for Plaintiff*

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10  Global Weather Productions LLC,

11                                          Case No. 2:23-cv-09515-SB-JC
                    Plaintiff,
12
                                            **PLAINTIFF'S RENEWED**
13        v.                                **REQUEST**
                                            **FOR ENTRY OF DEFAULT**
14  Armenian Media Group of                 **AGAINST DEFENDANT**
    America, Inc.,                          **ARMENIAN MEDIA GROUP OF**
15                                          **AMERICA, INC.**
                    Defendant.
16

17

18        Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff

19  Global Weather Productions LLC ("Plaintiff"), hereby requests that the Clerk of the

20  Court enter default against Defendant Armenian Media Group of America, Inc.

21  ("Defendant"), on the ground that said Defendant has failed to appear or otherwise

22  respond to Plaintiff's Summons & Complaint ("Complaint") within the time

23  prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

24        On February 14, 2024, a true and correct copy of the Summons, Civil Cover

25  Sheet and Complaint were served upon Defendant. (*Dkt. No.* 13). Defendant was

26  required to file an answer or responsive pleading in this action on or before March

27  15, 2024. (*Id.*). To date, however, Defendant has failed to file any responsive

28

pleading or otherwise appear in this action, and Defendant has not requested any extension of time to respond. Therefore, Plaintiff hereby respectfully requests that the Clerk enter a Certificate of Default against Defendant.

The above-stated facts are set forth in the accompanying Declaration of Jacqueline Mandel, filed herewith.

Dated: March 26, 2024

                                        **SANDERS LAW GROUP**

                                        By: ___/s/ Jacqueline Mandel_
                                        Craig Sanders, Esq. (Cal Bar 284397)
                                        Jacqueline Mandel, Esq. (Cal Bar 317119)
                                        333 Earle Ovington Blvd, Suite 402
                                        Uniondale, NY 11553
                                        Tel: (516) 203-7600
                                        Email: csanders@sanderslaw.group
                                        Email: jmandel@sanderslaw.group
                                        File No.: 128569
                                        *Attorneys for Plaintiff*

To:
Armenian Media Group of America, Inc.
1520 W. Glenoaks Blvd.
Glendale, CA 91201

PLAINTIFF'S RENEWED REQUEST FOR ENTRY OF DEFAULT
Case No. 2:23-cv-09515-SB-JC