SANDERS LAW GROUP
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128569

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>Plaintiff,<br><br>v.<br><br>Armenian Media Group of America, Inc.,<br><br>Defendant. | Case No. 2:23-cv-09515-SB-JC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>Complaint Filed: November 10, 2023 |

//
//
//
//
//
//
//

Case No. 2:23-cv-09515-SB-JC

NOTICE OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that Global Weather Productions LLC ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: April 5, 2024

                                            **SANDERS LAW GROUP**

                                            By:   */s/ Jacqueline Mandel*
                                            Craig Sanders, Esq. (Cal Bar 284397)
                                            Jacqueline Mandel, Esq. (Cal Bar 317119)
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: csanders@sanderslaw.group
                                            Email: jmandel@sanderslaw.goup
                                            File No.: 128569

                                            *Attorneys for Plaintiff*

Case No. 2:23-cv-09515-SB-JC

NOTICE OF SETTLEMENT