AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave., S.E.<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION        [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Central District of California |
|---|---|
| DOCKET NO.<br>CV 23-09515 SB (JCx) | DATE FILED<br>November 10, 2023 | 312 NORTH SPRING STREET LOS ANGELES, CA. 90012<br>Los Angeles California 90012 |
| PLAINTIFF<br>Global Weather Productions LLC | | DEFENDANT<br>Armenian Media Group of America, Inc. |

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA 2-422-182 | | Global Weather Productions LLC |
| 2 | | |
| 3 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| [X] Order    [ ] Judgment | [ ] Yes    [X] No | 4/9/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRIAN D. KARTH | G. Kami | 4/10/2024 |

| DISTRIBUTION | 1) Upon initiation of action, mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights | 3) Upon termination of action mail copy to Register of Copyrights |
|---|---|---|---|
| | 4) In the event of an appeal, forward copy to Appellate Court | | 5) Case File Copy |